ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Dependable American Hospital Services | )   ASBCA No. 60562 |
| | ) |
| Under Contract No. FA8053-12-D-0014 | ) |

APPEARANCE FOR THE APPELLANT:    William K. Walker, Esq.
    Walker Reausaw
    Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Col Matthew J. Mulbarger, USAF
    Air Force Chief Trial Attorney
    Phillip E. Reiman, Esq.
    Anna F. Kurtz, Esq.
    Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 13 July 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60562, Appeal of Dependable American Hospital Services, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals